UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) 2:02-cr-279-JAD-VCF |
| vs. | ) ) ) |
| WILLIAM R. TELLEZ, | ) ) |
| Defendant. | ) ) |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Amended Judgment in a Criminal Case (#60) on September 10, 2004. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Amended Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payees in the amounts listed below:

Name of Payee: Wells Fargo Bank
Amount of Restitution: $3,102.00

Name of Payee: U.S. Bank
Amount of Restitution: 3,077.00

Total Amount of Restitution Ordered: 6,179.00

Dated this 5th day of August, 2016.

Nunc pro tunc to 9/10/04

_____
UNITED STATES DISTRICT JUDGE