## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM TELLEZ,<br><br>　　　　Defendant. | Case No. 2:02-cr-00279-JAD-VCF<br><br>**ORDER**<br><br>ECF No. 94 |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, August 24, 2020 at 2:00 p.m., be vacated and continued to September 28, 2020, at 1:30 p.m.

DATED this 19th day of August, 2020.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3