# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM TELLEZ,<br><br>    Defendant. | Case No. 2:02-cr-00279-JAD-VCF<br><br>**ORDER**<br><br>ECF No. 96 |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, September 28, 2020 at 1:30 p.m., be vacated and continued to December 21, 2020, at 1:30 p.m.

   DATED this 21st day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE

3