# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM TELLEZ,

    Defendant.

Case No. 2:02-cr-00279-JAD-VCF

**ORDER**

ECF No. 108

    Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Monday, December 21, 2020, at 1:30 p.m., be vacated and continued to March 1, 2021, at 10:00 a.m.

    DATED this 16th day of December, 2020.

                                          UNITED STATES DISTRICT JUDGE