UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

WILLIAM TELLEZ,

    Defendant.

Case No. 2:02-cr-00279-JAD-VCF

**ORDER**

ECF No. 115

    Based on the parties' stipulation, IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, February 1, 2020, at 1:30 p.m., be vacated and continued to March 1, 2021 at 10:00 a.m.

    DATED this 21st day of January, 2021.

_____

UNITED STATES DISTRICT JUDGE