UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>WILLIAM R. TELLEZ,<br><br>  Defendant. | Case No. 2:02-cr-00279-JAD-VCF<br><br>**ORDER**<br><br>ECF No. 131 |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, December 21, 2021 at 10:00 a.m., be vacated and continued February 1, 2022, at 10:00 a.m.

DATED this 10th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE