UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM R. TELLEZ,<br><br>    Defendant. | Case No. 2:02-cr-00279-JAD-VCF<br><br>**ORDER**<br><br>ECF No. 136 |

    Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, February 1, 2022 at 10:00 a.m., be vacated and continued to February 22, 2022, at 3:00 p.m.

    DATED this 1st day of February, 2022.

                                                                              _____
                                                                         UNITED STATES DISTRICT JUDGE