RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for William R. Tellez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>WILLIAM R. TELLEZ,<br><br>          Defendant. | Case No. 2:02-cr-00279-JAD-VCF<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for William R. Tellez, that the Preliminary Hearing currently scheduled on May 26, 2022, be vacated and continued to a date, no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel is out sick this week and unable to attend in person or via video.
2. Counsel needs time to review discovery in preparation for hearing.
3. The defendant is in custody and agrees with the need for the continuance.
4. The parties agree to the continuance.

1  This is the first request for a continuance of the preliminary hearing.

2  DATED this 25th day of May, 2022.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ Edward G. Veronda<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM R. TELLEZ,<br><br>Defendant. | Case No. 2:02-cr-00279-JAD-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Thursday, May 26, 2022 at 1:00 p.m., be vacated and continued to July 20, 2022 at the hour of 1:00 p.m. in a courtroom to be determined. .

DATED this 25th day of May, 2022.

_____
UNITED STATES MAGISTRATE JUDGE