# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>WILLIAM R. TELLEZ,<br><br>             Defendant. | Case No. 2:02-cr-00279-JAD-VCF<br><br>**ORDER**<br><br>ECF No. 155 |

   Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Monday, June 6, 2022 at 10:30 a.m., be vacated and continued to August 15, 2022, at 3:00 p.m.

   DATED this 26th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE