# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM R. TELLEZ,<br><br>    Defendant. | Case No. 2:02-cr-00279-JAD-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Wednesday, July 20, 2022 at 1:00 p.m., be vacated and continued to September 19, 2022 at the hour of 10:00 a.m. in Courtroom 3C.

DATED this 12th day of July, 2022.

_____
UNITED STATES MAGISTRATE JUDGE