UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM R. TELLEZ,<br><br>　　　　　Defendant. | Case No. 2:02-cr-00279-JAD-VCF<br><br>**ORDER**<br><br>ECF No. 161 |

　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Monday, August 15, 2022 at 3:00 p.m., be vacated and continued to December 19, 2022 at 11:00 a.m.

　　DATED this 9th day of August, 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE