UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM R. TELLEZ,<br><br>　　　　　　Defendant. | Case No. 2:02-cr-00279-JAD-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Monday, September 19, 2022 at 10:00 a.m., be vacated and continued to Monday, November 21, 2022 at 10:00 a.m., in LV Courtroom 3B.

DATED this 9th day of September, 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE