UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM R. TELLEZ,<br><br>　　　　　　Defendant. | Case No. 2:02-cr-00279-JAD-VCF<br><br>**ORDER**<br><br><br>ECF No. 167 |

　　Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for December 19, 2022, at 11:00 a.m., be vacated and continued to February 21, 2023, at 3:00 p.m.

　　DATED this 18th day of December, 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE