# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>WILLIAM R. TELLEZ,<br><br>      Defendant. | Case No. 2:02-cr-00279-JAD-VCF<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, January 24, 2023, at 1:00 p.m., be vacated and continued to April 4, 2023 at the hour of 10:00 a.m. in Courtroom 3A.

    DATED this 23rd day of January, 2023.

                                                    _____<br>
                                                    UNITED STATES MAGISTRATE JUDGE