# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM R. TELLEZ,<br><br>    Defendant. | Case No. 2:02-cr-00279-JAD-VCF<br><br>**ORDER**<br><br>ECF No. 171 |

      Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for February 21, 2023, at 3:00 p.m., be vacated and continued to April 24, 2023, at 3:00 p.m.

      DATED this 17th day of February, 2023.

                                        _____
                                        UNITED STATES DISTRICT JUDGE