# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM R. TELLEZ,<br><br>　　　　Defendant. | Case No. 2:02-cr-00279-JAD-VCF<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, April 4, 2023, at 10:00 a.m., be vacated and continued to Monday, June 12, 2023 at the hour of 1:00 p.m., in LV Courtroom 3A.

　　DATED this 3rd day of April, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE