# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:02-cr-00279-JAD-VCF |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| WILLIAM R. TELLEZ, | ECF No. 175 |
| Defendant. | |

Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for April 24, 2023, at 3:00 p.m., be vacated and continued to June 26, 2023, at 3:00 p.m.

DATED this 21st day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE