UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>WILLIAM R. TELLEZ,<br><br>        Defendant. | Case No. 2:02-cr-00279-JAD-VCF<br><br>**ORDER**<br><br>ECF No. 179 |

     Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for June 26, 2023, at 3:00 p.m., be vacated and continued to September 20, 2023, at 2:00 p.m.

     DATED this 25th day of June, 2023.

                                                          _____

                                                          UNITED STATES DISTRICT JUDGE