# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>WILLIAM R. TELLEZ,<br><br>  Defendant. | Case No. 2:02-cr-00279-JAD-VCF<br><br>**ORDER**<br><br>ECF No. 181 |

Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for September 20, 2023, at 2:00 p.m., be vacated and continued to November 28, 2023, at 3:00 p.m.

DATED this 18th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE